UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION          *Judge Hibbler*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  **08CR 0060** |
| v. | ) | *Magistrate Judge Ashman* |
| | ) | |
| | ) | |
| | ) | Violations: Title 26, United States Code, |
| JOHN E. PASCENTE | ) | Section 7203  **FILED** |

COUNT ONE

**J N**

JAN 2 5 2008
JAN 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The UNITED STATES ATTORNEY charges:

1.     During the calendar year 2003, in the Northern District of Illinois, Eastern Division,

JOHN E. PASCENTE,

defendant herein, who was a resident of Chicago, Illinois, had and received a gross income of

approximately $111,341;

2.     By reason of such income JOHN E. PASCENTE was required by law, following the

close of the calendar year 2003 and on or before April 15, 2004, to make an income tax return to the

District Director of Internal Revenue for the Internal Revenue District of Chicago, at Chicago, in the

Northern District of Illinois, Eastern Division, or to the Director, Internal Revenue Service Center,

Midwest Region, Kansas City, Missouri, stating specifically the items of his gross income and any

deductions and credits to which he was entitled;

3.     Well knowing all of the foregoing facts, JOHN E. PASCENTE willfully did fail to

make the required income tax return to that District Director of Internal Revenue, to that Director

of the Internal Revenue Service Center, or to any other proper officer of the United States;

In violation of Title 26, United States Code, Section 7203.

<u>COUNT TWO</u>

The UNITED STATES ATTORNEY further charges:

1.      During the calendar year 2004, in the Northern District of Illinois, Eastern Division,

JOHN E. PASCENTE,

defendant herein, who was a resident of Chicago, Illinois, had and received a gross income of

approximately $153,873;

2.      By reason of such income JOHN E. PASCENTE was required by law, following the

close of the calendar year 2004 and on or before April 15, 2005, to make an income tax return to the

District Director of Internal Revenue for the Internal Revenue District of Chicago, at Chicago, in the

Northern District of Illinois, Eastern Division, or to the Director, Internal Revenue Service Center,

Midwest Region, Kansas City, Missouri, stating specifically the items of his gross income and any

deductions and credits to which he was entitled;

3.      Well knowing all of the foregoing facts, JOHN E. PASCENTE willfully did fail to

make the required income tax return to that District Director of Internal Revenue, to that Director

of the Internal Revenue Service Center, or to any other proper officer of the United States;

In violation of Title 26, United States Code, Section 7203.

UNITED STATES ATTORNEY

2