## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 60 - 1 | **DATE** | 2/4/2008 |
| **CASE TITLE** | U.S.A. vs. JOHN PASCENTE | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty to all counts. John Yotter appears as counsel for defendant. 16.1A materials to be tendered by 2/19/08. Change of plea set for 3/4/08 at 10:00 a.m. The Court finds the interest of justice would best be served by excluding time pursuant to 18:3161(h)(8)(A)(B). (X-T)

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | JHC |
|---|---|---|