## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 60 - 1 | **DATE** | 6/12/2008 |
| **CASE TITLE** | U.S.A. vs. JOHN PASCENTE | | |

**DOCKET ENTRY TEXT**

Sentencing hearing held and concluded.

Docketing to mail notices.

00:25

| | Courtroom Deputy Initials: | JHC |
|---|---|---|